UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTIER, LLC,<br><br>                              Plaintiff,<br>      v.<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | No. 21 Civ. 10347<br><br>**PLAINTIFF PORTIER, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Portier, LLC certifies as follows:

1. Portier, LLC is a wholly owned subsidiary of Uber Technologies, Inc., a publicly traded corporation.

2. Based solely on SEC filings regarding beneficial ownership of the stock of Uber Technologies, Inc., Portier, LLC is unaware of any shareholder who beneficially owns more than 10% of Uber Technologies, Inc.'s stock.

Dated: New York, New York
          December 3, 2021

/s/ Roberta A. Kaplan

Roberta A. Kaplan
John C. Quinn
Matthew J. Craig
Sofia G. Syed
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
mcraig@kaplanhecker.com
ssyed@kaplanhecker.com

*Attorneys for Plaintiff Portier, LLC*