UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/8/2021_
```

PORTIER, LLC,

                    Plaintiff,

-against-

CITY OF NEW YORK,

                    Defendant.

21 Civ. 10347 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate this action with *Doordash, Inc. v. City of New York*, 21 Civ. 7695. By **December 15, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel. Opposition to any such application shall be filed by **December 20, 2021**.

    SO ORDERED.

Dated: December 8, 2021
       New York, New York

                                                  ANALISA TORRES
                                    United States District Judge