# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>                  Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | 21 Civ. 7695 (AT) (SLC) |
| PORTIER, LLC,<br><br>                  Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | 21 Civ. 10347 (AT) (SLC) |
| GRUBHUB INC.,<br><br>                  Plaintiff,<br>-against-<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | 21 Civ. 10602 (AT) (SLC) |

## **DISCOVERY STIPULATION**

**WHEREAS**, on September 15, 2021, DoorDash, Inc. commenced the above-captioned action entitled *DoorDash, Inc. v. City of New York*, No. 21-cv-07695 (AT) (SLC);

**WHEREAS**, on October 25, 2021, DoorDash, Inc. and the City of New York held a conference pursuant to Fed. R. Civ. P. 26(f);

**WHEREAS**, on November 17, 2021, the Court entered a Civil Case Management Plan and Scheduling Order ("Scheduling Order") in the above-captioned action entitled *DoorDash, Inc. v. City of New York*, 21-cv-07695 (AT) (*DoorDash* Dkt. No. 33);

**WHEREAS**, pursuant to the Scheduling Order, DoorDash, Inc. and the City of New York have exchanged initial disclosures and served discovery requests and responses;

**WHEREAS**, following DoorDash, Inc.'s and the City of New York's Fed. R. Civ. P. 26(f) conference and the entry of the Scheduling Order, Portier, LLC and Grubhub Inc. respectively commenced the above-captioned actions entitled *Portier, LLC v. City of New York*, No. 21-cv-10347 (AT) (SLC) and *Grubhub Inc. v. City of New York*, No. 21-cv-10602 (AT) (SLC);

**WHEREAS**, on January 7, 2022, the Court issued an Order consolidating all three above-captioned actions (the "consolidated actions") (*DoorDash* Dkt. No. 43; *Portier* Dkt. No. 22; *Grubhub* Dkt. No. 26);

**WHEREAS**, on January 10, 2022, District Judge Analisa Torres referred the consolidated actions to Magistrate Judge Sarah L. Cave "for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)" (*DoorDash* Dkt. No. 44; *Portier* Dkt. No. 23; *Grubhub* Dkt. No. 27);

**WHEREAS**, on January 11, 2022, Magistrate Judge Cave entered a "Scheduling Order" in the consolidated actions that directs the parties to remotely appear for a "Telephone Status Conference" on March 8, 2022 at 2:00 p.m. and to file a joint discovery status report (*DoorDash* Dkt. No. 45; *Portier* Dkt. No. 24; *Grubhub* Dkt. No. 28);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties, as follows:

1. The requirement that a Fed. R. Civ. P. 26(f) conference take place in an action that is not exempted from initial disclosure has been met in the consolidated actions.

2. Pursuant to Fed. R. Civ. P. 26(d)(1), all parties may currently serve discovery in the consolidated actions.

Dated:      January 21, 2022
            New York, New York

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER, LLP**<br>Attorneys for Plaintiff DoorDash, Inc.<br><br>By: /s/ Anne M. Champion<br>   Anne M. Champion<br>   200 Park Avenue, 48th Floor<br>   New York, New York 10166<br>   (212) 351-4000<br>   achampion@gibsondunn.com | **GEORGIA M. PESTANA**<br>Corporation Counsel of the City of New York<br>Attorney for the City of New York<br><br>By: /s/ Karen B. Selvin<br>   Karen B. Selvin<br>   100 Church Street, 4th Floor<br>   New York, New York  10007<br>   (212) 356-2208<br>   kselvin@law.nyc.gov |
| **KAPLAN, HECKER & FINK LLP**<br>Attorneys for Plaintiff Portier, LLC<br><br>By: /s/ Roberta A. Kaplan<br>   Roberta A. Kaplan<br>   350 Fifth Avenue, 63rd Floor<br>   New York, New York 10118<br>   (212) 763-0883<br>   rkaplan@kaplanhecker.com | **CAHILL GORDON & REINDEL LLP**<br>Attorneys for Plaintiff Grubhub Inc.<br><br>By: /s/ Joel L. Kurtzberg<br>   Joel L. Kurtzberg<br>   32 Old Slip<br>   New York, New York 10005<br>   (212) 701-3120<br>   jkurtzberg@cahill.com |