> The parties' proposed consolidated case management plan and scheduling order (ECF No. 46-1) is ADOPTED. Within seven days of the deadline for the completion of fact and expert discovery, the parties shall file status letters confirming that fact and expert discovery have been completed.
>
> A Telephone Status Conference remains scheduled March 8, 2022 at 2:00 pm on the Court's conference line as set forth in the January 11, 2022 Scheduling Order. (ECF No. 45).
>
> SO ORDERED 1/24/2022
>
> *(signature)*
> SARAH L. CAVE
> United States Magistrate Judge

January 21, 2022

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *DoorDash, Inc. v. City of New York*, No. 21 Civ. 7695-AT-SLC
              *Portier, LLC v. City of New York*, No. 21 Civ. 10347-AT-SLC
              *Grubhub Inc. v. City of New York*, No. 21 Civ. 10602-AT-SLC

Dear Judge Cave:

        We write jointly on behalf of all parties in the above-referenced consolidated actions. Consistent with the parties' commitments in their previous letters to the Court, *see DoorDash* ECF Nos. 39–41; *Portier* ECF Nos. 17, 19–20; *Grubhub* ECF Nos. 15, 20, 23, we hereby submit a proposed consolidated case management plan and scheduling order to govern the remaining deadlines in all three actions. *See* Ex. 1. The parties have also stipulated under Federal Rule of Civil Procedure 26(d)(1) that no additional Rule 26(f) conference is required in these consolidated actions and that discovery can proceed in accordance with the consolidated case management plan and scheduling order entered by the Court. *See* Ex. 2.

                                                                     Respectfully submitted,

/s/ Anne Champion                                              /s/ Roberta A. Kaplan
Anne Champion                                                         Roberta A. Kaplan
*Counsel for DoorDash, Inc.*                                *Counsel for Portier, LLC*


/s/ Joel Kurtzberg                                                /s/ Karen B. Selvin
Joel Kurtzberg                                                           Karen B. Selvin
*Counsel for Grubhub Inc.*                                    *Counsel for City of New York*


cc:       Counsel of Record (via ECF)