UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC.,<br><br>                              Plaintiff,<br><br>        -v-<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | CIVIL ACTION NO.: 21 Civ. 7695 (AT) (SLC)<br>                              21 Civ. 10347 (AT) (SLC)<br>                              21 Civ. 10602 (AT) (SLC)<br><br>**ORDER** |
| PORTIER, LLC,<br><br>                              Plaintiff,<br><br>        -v-<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | |
| GRUBHUB, INC.,<br><br>                              Plaintiff,<br><br>        -v-<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court will address the discovery dispute in DoorDash, Inc. v. City of New York, 21 Civ. 7695 (ECF Nos. 53, 54) at the March 8, 2022 Telephone Status Conference. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated: New York, New York
February 28, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2